104 F.3d 1111
 Michael K. POLAND, Petitioner-Appellant,
v.
Terry STEWART,* Director, Arizona Department
of Corrections, Respondent-Appellee.
 No. 95-99022.
 United States Court of Appeals,
Ninth Circuit.
 Decided Feb. 28, 1997.
 
 Before: HUG, Chief Judge, BROWNING and T.G. NELSON, Circuit Judges.
 
 ORDER
 
 1
 The opinion filed in this case at 92 F.3d 881 (1996), and amended on December 31, 1996, at slip op. 16473, is hereby withdrawn. A new opinion will be filed later.
 
 
 
 *
 Terry Stewart is substituted for Samuel A. Lewis, his predecessor, as Director, Arizona Department of Corrections, pursuant to F.R.A.P. 43(c)